| STATE OF NORTH CAROLINA | File No. 23CVS 4982 |
|---|---|
| MECKLENBURG County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff |
|---|
| HUBERT SIMPSON, on behalf of himself and all other persons |
| Address |
| c/o 715 EAST 5TH STREET, SUITE 106 |
| City, State, Zip |
| CHARLOTTE  NC  28202 |

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

VERSUS

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| CAROTHERS HOLDING COMPANY, LLC, d/b/a York Memorial Park, Stonemor GP, LLC, Stonemor North Carolina, LLC Stonemor North Carolina Funeral Services, Inc., Stonemor North Carolina Subsidiary, LLC, Stonemor Partners, LP | Date(s) Subsequent Summons(es) Issued |

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| STONEMOR PARTNERS L.P.<br>c/o Corporation Service Company, Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, North Carolina 27608 | STONEMOR NORTH CAROLINA SUBSIDIARY LLC<br>c/o Corporation Service Company, Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, North Carolina 27608 |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| PAMELA A. HUNTER<br>LAW OFFICE OF PAMELA A. HUNTER<br>715 EAST 5TH STREET, SUITE 106<br>CHARLOTTE  NC  28202 | 3-17-23 | 2-11 ☐ AM ☒ PM |
| | Signature | |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | ☐ AM ☐ PM |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No. 23CVS 4982 |
|---|---|
| MECKLENBURG County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff | |
|---|---|
| HUBERT SIMPSON, on behalf of himself and all other persons | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| Address | |
| c/o 715 EAST 5TH STREET, SUITE 106 | |
| City, State, Zip | |
| CHARLOTTE  NC  28202 | G.S. 1A-1, Rules 3 and 4 |

VERSUS

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| CAROTHERS HOLDING COMPANY, LLC, d/b/a York Memorial Park, Stonemor GP, LLC, Stonemor North Carolina, LLC Stonemor North Carolina Funeral Services, Inc., Stonemor North Carolina Subsidiary, LLC, Stonemor Partners, LP | Date(s) Subsequent Summons(es) Issued |

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| STONEMOR NORTH CAROLINA LLC<br>c/o Corporation Services Company, Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, North Carolina 27608 | STONEMOR NORTH CAROLINA FUNERAL SERVICES, INC.<br>c/o Corporation Services Company, Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, North Carolina 27608 |

**IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| PAMELA A. HUNTER<br>LAW OFFICE OF PAMELA A. HUNTER<br>715 EAST 5TH STREET, SUITE 106<br>CHARLOTTE  NC  28202 | 3-17-23 | 2:11 ☐ AM ☒ PM |
| | Signature | |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days | | ☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

NOTE TO PARTIES: Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | File No. 23CVS 4982 |
|---|---|
| MECKLENBURG County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

| Name Of Plaintiff |
|---|
| HUBERT SIMPSON, on behalf of himself and all other persons |
| Address |
| c/o 715 EAST 5TH STREET, SUITE 106 |
| City, State, Zip |
| CHARLOTTE NC 28202 |

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| CAROTHERS HOLDING COMPANY, LLC, d/b/a York Memorial Park, Stonemor GP, LLC, Stonemor North Carolina, LLC Stonemor North Carolina Funeral Services, Inc., Stonemor North Carolina Subsidiary, LLC, Stonemor Partners, LP | Date(s) Subsequent Summons(es) Issued |

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| CAROTHERS HOLDING COMPANY, LLC, d/b/a York Memorial Park c/o Corporation Services Company, Registered Agent 2626 Glenwood Avenue, Suite 550 Raleigh, North Carolina 27608 | STONEMOR GP LLC c/o Corporation Services Company, Registered Agent 2626 Glenwood Avenue, Suite 550 Raleigh, North Carolina 27608 |

⚠️ **IMPORTANT! You have been sued!** These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| PAMELA A. HUNTER LAW OFFICE OF PAMELA A. HUNTER 715 EAST 5TH STREET, SUITE 106 CHARLOTTE NC 28202 | 3-17-23 | 2:11 ☐ AM ☒ PM |
| | Signature ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

| Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|
| Signature ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts