

**State of Nort**
**Department**

**APPLICA**
**AS A FOR**

Pursuant to §59-902 of the Gener
for Registration as a Foreign Lim
transact business in this State.

1. The name of the foreign lim

8. Enter the name and address of each general partner: (attach additional sheets if necessary)

    Name: <u>StoneMor GP LLC (sole general partner)</u>　　　　Name_____

    Street//No.: <u>155 Rittenhouse Circle</u>　　　　Street/No._____

    City: <u>Bristol</u>　　　　City_____

    State/Zip: <u>Pennsylvania 19007</u>　　　　State/Zip_____

    Name_____　　　　Name_____

    Street/No._____　　　　Street/No._____

    City_____　　　　City_____

    State/Zip_____　　　　State/Zip_____

9. Limited Partners (select 1 or 2, as appropriate)

    ☐ Attached is a list of the names and addresses of all limited partners (include full name/street address/city/state/zip code/county); or

    ☑ The location of the office where list of the names and addresses of the limited partners and their capital contributions will kept be as long as the limited partnership transacts business in North Carolina is

    Number and Street: <u>155 Rittenhouse Circle</u>

    City, State, Zip Code: <u>Bristol, Pennsylvania 19007</u>

10. (Select one)

    ☐ The foreign limited partnership **is** a foreign limited liability limited partnership.

    ☑ The foreign limited partnership **is not** a foreign limited liability limited partnership.

11. This registration will be effective upon filing, unless a date and/or time is specified: _____

Michael L. Stache
Typed or printed name

_/s/ Michael L. Stache_____
Signature

<u>Senior Vice President of StoneMor GP LLC, sole
general partner of StoneMor Partners L.P.</u>
Title

**Authorized to sign in
Accordance with NCGS 57C-3-24**

NOTES:
**Filing fee is $50. This document must be filed with the Secretary of State.**

CORPORATIONS DIVISION　　　　P.O.BOX 29622　　　　RALEIGH, NC 27626-06222
*(Revised January, 2002)*　　　　　　　　　　　　*Form LP-04*

109495.00114/11662733v.1