

# LIMITED LIABILITY COMPANY ANNUAL REPORT

1/6/2022

**NAME OF LIMITED LIABILITY COMPANY:** StoneMor GP LLC

**SECRETARY OF STATE ID NUMBER:** 0912553  **STATE OF FORMATION:** DE

**REPORT FOR THE CALENDAR YEAR:** 2022

Filing Office Use Only
E - Filed Annual Report
0912553
CA202310109198
4/11/2023 04:58

☐ Changes

## SECTION A: REGISTERED AGENT'S INFORMATION

**1. NAME OF REGISTERED AGENT:** Corporation Service Company

**2. SIGNATURE OF THE NEW REGISTERED AGENT:** _____
SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

**3. REGISTERED AGENT OFFICE STREET ADDRESS & COUNTY**

2626 Glenwood Avenue,
Raleigh, NC 27608-1370 Wake County

**4. REGISTERED AGENT OFFICE MAILING ADDRESS**

2626 Glenwood Avenue,, Suite 550
Raleigh, NC 27608-1370

## SECTION B: PRINCIPAL OFFICE INFORMATION

**1. DESCRIPTION OF NATURE OF BUSINESS:** Operation of cemeteries and funeral homes

**2. PRINCIPAL OFFICE PHONE NUMBER:** 8009279800  **3. PRINCIPAL OFFICE EMAIL:** Privacy Redaction

**4. PRINCIPAL OFFICE STREET ADDRESS**

3331 Street Road, Suite 200
Bensalem, PA 19020

**5. PRINCIPAL OFFICE MAILING ADDRESS**

3331 Street Road, Suite 200
Bensalem, PA 19020

**6. Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: COMPANY OFFICIALS (Enter additional company officials in Section E.)

| NAME: Howard Carver | NAME: Paul Grady | NAME: Lawrence Miller |
|---|---|---|
| TITLE: Manager | TITLE: Manager | TITLE: Manager |
| ADDRESS: | ADDRESS: | ADDRESS: |
| 3331 Street Road, Suite 200 | 3331 Street Road, Suite 200 | 3331 Street Road, Suite 200 |
| Bensalem, PA 19020 | Bensalem, PA 19020 | Bensalem, PA 19020 |

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Lorena Trujillo                                              4/11/2023
SIGNATURE                                                    DATE

Form must be signed by a Company Official listed under Section C of This form.

Lorena Trujillo                                              Manager
Print or Type Name of Company Official                      Print or Type Title of Company Official

SUBMIT THIS ANNUAL REPORT WITH THE REQUIRED FILING FEE OF $200.00
MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525

## SECTION E: ADDITIONAL COMPANY OFFICIALS

| NAME: Leo Pound | NAME: Lorena Trujillo | NAME: Jonathan Contos |
|---|---|---|
| TITLE: Manager | TITLE: Manager | TITLE: Manager |
| ADDRESS: 3331 Street Road, Suite 200 Bensalem, PA 19020 | ADDRESS: 3331 Street Road, Suite 200 Bensalem, PA 19020 | ADDRESS: 3331 Street Road, Suite 200 Bensalem, PA 19020 |
| NAME: Robert Sick | NAME: Jeffery DiGiovanni | NAME: Lilly Donohue |
| TITLE: Manager | TITLE: Manager | TITLE: Manager |
| ADDRESS: 3331 Street Road, Suite 200 Bensalem, PA 19020 | ADDRESS: 3331 Street Road SUITE 200 Bensalem, PA 19020 | ADDRESS: 3331 Street Road, Suite 200 Bensalem, PA 19020 |