| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | 23-CVS-4982 |

| | | |
|---|---|---|
| HUBERT SIMPSON, individually, and on behalf of all others similarly situated,, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF FILING OF NOTICE OF REMOVAL |
| CAROTHERS HOLDING COMPANY, LLC, STONEMOR GP, LLC, STONEMOR NORTH CAROLINA, LLC, STONEMOR NORTH CAROLINA FUNERAL SERVICES, INC., STONEMOR NORTH CAROLINA SUBSIDIARY, LLC, and STONEMOR PARTNERS, LP, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

TO: The Honorable Judges of the General Court of Justice, Superior Court Division, in the County of Mecklenburg, State of North Carolina, and:

Pamela A. Hunter
715 East 5th Street, Suite 106
Charlotte, North Carolina 28202
704-376-7709

N. Clifton Cannon, Jr.
355 South New Hope Road, Suite B
Post Office Box 551154
Gastonia, North Carolina 28055

Kimberly Best
Post Office Box 37154
Charlotte, North Carolina 28237

*Counsel for Plaintiff*

StoneMor GP LLC
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

StoneMor North Carolina LLC
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

Stonemor North Carolina Funeral Services, Inc.
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

StoneMor North Carolina Subsidiary LLC
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

StoneMor Partners L.P.
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

Defendant Carothers Holding Company, LLC has filed on April 14, 2023, a Notice of Removal in the United States District Court for the Western District of North Carolina, with respect to the captioned matter. A copy of the Notice of Removal is attached as Exhibit A.

This the ___ day of April, 2023.

Anthony T. Lathrop
N.C. Bar No. 15941
William M. Butler
N.C. Bar No. 49116
**MOORE & VAN ALLEN PLLC**
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
Telephone: (704) 331-2455
Facsimile: (704) 339-5964
Email: tonylathrop@mvalaw.com
billbutler@mvalaw.com

***ATTORNEYS FOR DEFENDANT CAROTHERS HOLDING COMPANY, LLC***

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** was placed under the exclusive care and custody of the United States Postal Service in a postage paid envelope and properly addressed as follows:

Pamela A. Hunter
715 East 5th Street, Suite 106
Charlotte, North Carolina 28202
704-376-7709

N. Clifton Cannon, Jr.
355 South New Hope Road, Suite B
Post Office Box 551154
Gastonia, North Carolina 28055

Kimberly Best
Post Office Box 37154
Charlotte, North Carolina 28237

*Counsel for Plaintiff*

StoneMor GP LLC
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

StoneMor North Carolina LLC
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

Stonemor North Carolina Funeral Services, Inc.
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

StoneMor North Carolina Subsidiary LLC
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

StoneMor Partners L.P.
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608-1370

*Defendant*

This ___ day of April, 2023.

William M. Butler