IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00217-KDB-SCR

| | |
|---|---|
| HUBERT SIMPSON, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROTHERS HOLDING COMPANY, ) | |
| LLC, et. al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Alexander Heydemann and Nicholas P. Panayotopoulos]" (Doc. No. 45-46) filed July 28, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: July 28, 2023

Susan C. Rodriguez
United States Magistrate Judge