# UNITED STATES DISTRICT COURT
# OFFICE OF THE CLERK
# WESTERN DISTRICT OF NORTH CAROLINA

**Katherine Hord Simon**
***Clerk of Court***

**Tammy Hightower**
***Chief Deputy***

**Telephone -1-866-851-1605**

March 28, 2024

Clerk of Court
Superior Court for Mecklenburg County
832 E 4th Street
Charlotte, NC 28202

Re: Remand of Civil Action
Case No: 3:23-cv-00217-KDB-SCR
Case Title: Simpson v. Carothers Holding Company,LLC et al

Dear Clerk:

Pursuant to entry of an Order of Remand, the above referenced case has been remanded to your court. Enclosed here with are certified copies of the Order of Remand and case docket.

Since our court is currently processing cases electronically on our CM-ECF application, we no longer have paper files to return to your court. Electronic documents can be emailed to your court upon request and providing a valid email address.

Sincerely,

Megan E. Kirk

Megan E. Kirk
Deputy Clerk

enc.